IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )      2:12cr12-MHT
                            )         (WO)
ALICIA RENEE SCOTT          )

OPINION AND ORDER

This cause is before the court on the unopposed
motion to continue, filed by defendant Alicia Renee Scott
on March 30, 2012. This case is currently set for trial
on April 16, 2012. For the reasons set forth below, the
court finds that the trial should be continued pursuant
to 18 U.S.C. § 3161(h)(7)(A).

While the granting of a continuance is left to the
sound discretion of the trial judge, see United States v.
Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court
is limited by the requirements of the Speedy Trial Act.
The Act provides, in part, as follows:

> "In any case in which a plea of not
> guilty is entered, the trial of a
> defendant charged in an information or

> indictment with the commission of an
> offense shall commence within seventy
> days from the filing date (and making
> public) of the information or
> indictment, or from the date the
> defendant has appeared before a judicial
> officer of the court in which such
> charge is pending, whichever date last
> occurs."

18 U.S.C. § 3161(c)(1).  However, the Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  Id. § 3161(h)(7)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

This court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Scott in a speedy trial.  Defense counsel has

subpoenaed records from numerous state agencies that might support a request for pretrial diversion in this case.  Although the request was made with reasonable diligence, those records have not yet been produced. Defense counsel believes, based on conversations with those agencies, that the records should soon be available.  At that point, additional time will be required to see if Scott is a candidate for pretrial diversion.  Absent a continuance in this case, defense counsel would be unable to advocate effectively on Scott's behalf in favor of pretrial diversion.  The need for adequate representation therefore outweighs any interest in a speedy trial.  This finding is buttressed by the fact that the government does not oppose the continuance.

***

Accordingly, it is ORDERED that defendant Alicia Renee Scott's motion to continue (doc. no. 16) is granted and that her trial is continued to July 23, 2012, with

3

jury selection beginning at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 2nd day of April, 2012.

_/s/ Myron H. Thompson_
**UNITED STATES DISTRICT JUDGE**